**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br><br>GROOT INDUSTRIES, INC., a Delaware corporation<br>vs.<br>ROBERT CORDELL, an Individual and<br>ROBIN CORDELL, an Individual | Case Number:<br><br>FILED: AUGUST 27, 2008<br>08CV4907<br>JUDGE COAR<br>MAGISTRATE JUDGE NOLAN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
TC

| | |
|---|---|
| NAME (Type or print)<br>Steven V. Hunter | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Steven V. Hunter | |
| FIRM<br>Quarles & Brady LLP | |
| STREET ADDRESS<br>500 West Madison Street, Suite 3700 | |
| CITY/STATE/ZIP<br>Chicago, IL 60661 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6277695 | TELEPHONE NUMBER<br>(312) 715-5000 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐