IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GROOT INDUSTRIES, INC., a Delaware corporation, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ROBERT CORDELL, an individual, and )<br>ROBIN CORDELL, an individual, )<br>)<br>Defendants. ) | No. | FILED: AUGUST 27, 2008<br>08CV4907<br>JUDGE COAR<br>MAGISTRATE JUDGE NOLAN<br>TC |

### PLAINTIFF'S DISCLOSURE STATEMENT

The undersigned, counsel of record for Plaintiff, Groot Industries, Inc., furnishes the following Disclosure Statement in compliance with Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2.

Groot Industries, Inc. does not have a parent corporation and has no publicly held affiliates.

Groot Industries, Inc. further states that no publicly held company owns 10% or more of its stock or any of its subsidiaries stock.

DATED: August 27, 2008                                  GROOT INDUSTRIES, INC.


                                                        By: ___/s/ Leonard S. Shifflett___
                                                              One of Its Attorneys

Leonard S. Shifflett (ARDC # 2587432)
Steven V. Hunter (ARDC # 6277695)
Jacquelyn T. Pinnell (ARDC # 6287098)
QUARLES & BRADY LLP
500 West Madison Street, Suite 3700
Chicago, Illinois  60661
(312) 715-5000 (Telephone)
(312) 715-5155 (Facsimile)

QBACTIVE\6486171.1